FILED

SEP - 9 2026

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | Case No. 4:26CR 236 SDJ / AGD |
| | § | |
| SHARIFA NICOLE HENDERSON | § | |
| a.k.a. Riffa Henderson | § | |
| | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Injure)

On or about June 9, 2026, in the Eastern District of Texas and elsewhere, **Sharifa Nicole Henderson, a.k.a. Riffa Henderson,** did knowingly transmit in interstate commerce a threat to injure the person of another; to wit, the defendant sent a message on Facebook Messenger to a crime victim's family member, known to the Grand Jury, and stated she would kill the family member, put them in a body bag, and stated, "now this is a threat take me to court [expletive]."

All in violation of 18 U.S.C. § 875(c).

### COUNT 2

Violation: 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Injure)

On or about June 10, 2026, in the Eastern District of Texas and elsewhere, **Sharifa Nicole Henderson, a.k.a. Riffa Henderson,** did knowingly transmit in interstate commerce

a threat to injure the person of another; to wit, the defendant placed a phone call to the Collin County Government intended for a crime victim's family, known to the Grand Jury, and stated she would "demolish" the family, and "strangle" a family member.

All in violation of 18 U.S.C. § 875(c).

**COUNT 3**

Violation: 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Injure)

On or about June 11, 2026, in the Eastern District of Texas and elsewhere, **Sharifa Nicole Henderson, a.k.a. Riffa Henderson,** did knowingly transmit in interstate commerce a threat to injure the person of another; to wit, the defendant sent a message on Facebook Messenger to a crime victim's family member, known to the Grand Jury, and stated, "don't worry I'll kill you next," and "I will hunt you forever until I kill you . . . I will be there. You will always have to look over your [expletive] shoulder."

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

S.D.

GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

PAUL B. MORRIS
Assistant United States Attorney

Date 9/9/26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | Case No. 4:26CR |
| | § | |
| SHARIFA NICOLE HENDERSON | § | |
| a.k.a. Riffa Henderson | § | |
| | § | |

**NOTICE OF PENALTY**

**Counts 1-3**

Violation: 18 U.S.C. § 875(c)

Penalty: Imprisonment of not more than five years; a fine not to exceed $250,000, or both such imprisonment and fine; and a term of supervised release of not more than three years.

Special Assessment: $100.00 each count.